# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

John Derek Ginsberg,                                  Civil No. 12-1300 (RHK/JJK)

               Plaintiffs,                              **DISQUALIFICATION AND**
                                                      **ORDER FOR REASSIGNMENT**

vs.

United States Department of Veterans
Affairs,

               Defendant.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  July16, 2012


                             s/Richard H. Kyle
                             RICHARD H. KYLE
                             United States District Judge